UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. SACV 11-369-JST (MLGx)                                   Date:  March 29, 2011

Title:  Keith Bohr et al. v. Wells Fargo Home Mortgage et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

_Ellen Matheson_                                              _____N/A____
     Deputy Clerk                                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

     Not Present                                              Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER SETTING LOAN MODIFICATION READINESS CONFERENCE FOR MAY 2, 2011, AT 1:30 P.M.**

        The Court finds this case appropriate for Loan Modification Settlement proceedings.  In light of the obligation of the parties and the Court to "secure the just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, the Court orders the following:

(1) By no later than **April 5, 2011**, the parties shall contact the Alternative Dispute Resolution ("ADR") Program for the Central District of California and schedule a Loan Modification Settlement Conference with an Attorney Settlement Officer ("ASO") to take place no later than 60 days after the scheduled Readiness Conference.  The ADR Program will promptly assign the ASO.  Parties can contact the ADR Program at:

> ADR Program Office
> United States District Court
> 312 North Spring Street
> Los Angeles, CA 90012
> (213) 894-2993 (tel)
> (213) 894-5084 (fax)

All parties, including principals with settlement authority of all corporate parties, will be required to attend the Loan Modification Settlement Conference with the ASO.

(2) To prepare for and ensure the effectiveness of the Loan Modification Settlement Conference, the parties are to attend a Readiness Conference on **May 2, 2011** at 1:30 p.m. in Courtroom 10A in the Ronald Reagan Federal Building and United States Courthouse in Santa Ana.  No later than **April 5, 2011** Defendant(s) shall notify Plaintiff

---

**CIVIL MINUTES – GENERAL**                                                    1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. SACV 11-369-JST (MLGx)                               Date:  March 29, 2011
Title:  Keith Bohr et al. v. Wells Fargo Home Mortgage et al.

in writing of any and all documents necessary to determine a loan modification that have
not been received by Defendant(s).  At least five (5) calendar days before the Readiness
Conference, Defendant(s) shall file and serve the form attached hereto, checking the
appropriate box to notify the Court whether the Readiness Conference remains necessary
or may be vacated.

(3) If *all* parties agree that a Loan Modification Settlement Conference will not be effective,
then in advance of the settlement proceeding deadline, the parties may file an appropriate
stipulation with the Court for the Court's approval.

(4) No later than ten (10) days after the Loan Modification Settlement Conference, the
parties shall file a Joint Status Report.

CC: ADR Manager

Initials of Preparer:  __enm___

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10

11   Keith Bohr et al.,                    | CASE NO. SACV 11-369-JST (MLGx)

12              Plaintiff/s,

13                                          | **LOAN MODIFICATION READINESS**
                                            | **CONFERENCE**
14        vs.

15   Wells Fargo Home Mortgage et al.,

16              Defendant/s.

17

18

19        Defendant/s counsel hereby verifies that the Loan Modification Readiness

20   Conference scheduled for May 2, 2011, at 1:30 p.m.:

21

22        [    ]  **May be vacated**.

23

24        [    ]  **Remains necessary** because the following documents are outstanding:

25                                          **Signed:** _____

26                                                     Counsel for Defendant/s

27                                          **Date:**

28