UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 11-369-JST (MLGx)                                   Date: April 5, 2011
Title: Keith Bohr et al. v. Wells Fargo Home Mortgage et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                              Not Present

**PROCEEDINGS:**  (IN CHAMBERS) ORDER STAYING ACTION AND REMOVING HEARING SET FOR MAY 2, 2011, AT 10:00 A.M. FROM CALENDAR

Before the Court is Defendant's Motion to Dismiss, filed on April 4, 2011. (Doc. 7.) On March 29, 2011, the Court ordered the parties to participate in Loan Modification Settlement proceedings. (Doc. 6.) Accordingly, the Court STAYS the action until the filing of the Joint Status Report, and removes the hearing set for May 2, 2011, at 10:00 a.m. In the Joint Status Report, the parties shall inform the Court whether consideration of Defendant's Motion to Dismiss is still necessary.

Initials of Preparer:  enm