**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Keith Bohr, et al. | CASE NUMBER |
|---|---|
| v. | CV 11-00369 JST (MLGx) |
| Wells Fargo Home Mortgage, et al. | NOTICE OF ASSIGNMENT OF ATTORNEY SETTLEMENT OFFICER |
| DEFENDANT(S) | |

**John Garman** is assigned to serve as the Attorney Settlement Officer in the above-captioned case.

All parties, including principals with settlement authority of all corporate parties, will be required to attend the Loan Modification Settlement Conference with the ASO.

See Order Filed 4/5/11 for additional information.

Clerk, U.S. District Court

*Gail Killefer*

Dated: April 14, 2011                                ADR Program Director

ADR Director to electronically file original and cc: Attorney Settlement Officer

ADR-11 (07/08)            **NOTICE OF APPOINTMENT OF ATTORNEY SETTLEMENT OFFICER**