**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Keith Bohr, et al. | CASE NUMBER |
| | CV 11-00369 JST (MLGx) |
| v. | **Amended NOTICE OF ASSIGNMENT OF ATTORNEY SETTLEMENT OFFICER** |
| Wells Fargo Home Mortgage, et al.  DEFENDANT(S) | |

**John Garman** is assigned to serve as the Attorney Settlement Officer in the above-captioned case.

All parties, including principals with settlement authority of all corporate parties, will be required to attend the Loan Modification Settlement Conference with the ASO.

See Order Filed **3/29/11** for additional information.

                                                              Clerk, U.S. District Court

                                                              *[signature: Gail Killefer]*

Dated:   April 14, 2011                                        ADR Program Director

ADR Director to electronically file original and cc: Attorney Settlement Officer

ADR-11 (07/08)           **NOTICE OF APPOINTMENT OF ATTORNEY SETTLEMENT OFFICER**