Jeffrey S. Gerardo, Esq.   SBN 146508
Kutak Rock LLP
18201 Von Karman Ave, #1100
Irvine, CA 92612
949-417-0999; Fax: 949-417-5394

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| KEITH BOHR and ELIZABETH PROPP<br><br>Plaintiff(s)<br>v.<br><br>WELLS FARGO HOME MORTGAGE, et al<br>Defendant(s). | CASE NUMBER<br><br>SACV 11-00369 JST (MLGx)<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
|---|---|

Wells Fargo Home Mortgage     ☐ Plaintiff  ☒ Defendant  ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of  Jeffrey S. Gerardo, Esq., Kutak Rock LLP
*New Attorney*

as attorney of record in place and stead of  T. Robert Finlay, Esq., Wright, Finlay & Zak, LLP
*Present Attorney*

Dated  April 14, 2011

*Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated  April 14, 2011

*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated  April 14, 2011

*Signature of New Attorney*
146508
*State Bar Number*

If party requesting to appear Pro Se:

Dated _____

*Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.