Jeffrey Steven Gerardo, Esq. SBN 146508
Kutak Rock LLP
18201 Von Karman Avenue, Suite 1100
Irvine, CA 92612
(949) 417-0999
Email: Jeffrey.gerardo@kutakrock.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| KEITH BOHR AND ELIZABETH PROPP<br><br>Plaintiff(s)<br>v.<br><br>WELLS FARGO HOME MORTGAGE, ET AL<br><br>Defendant(s). | CASE NUMBER:<br><br>SACV 11-00369 JST (MLGx)<br><br>**ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY** |
|---|---|

The Court hereby orders that the request of:

__WELLS FARGO HOME MORGTGAGE__     Plaintiff   x Defendant   Other
*Name of Party*

to substitute ___JEFFREY S. GERARDO, KUTAK ROCK LLP___ who is

   X   Retained Counsel       Counsel appointed by the Court (Criminal cases only)       Pro Se

__18201 VON KARMAN AVENUE, SUITE 1100__
*Street Address*

__IRVINE, CA 92612__                    __jeffrey.gerardo@kutakrock.com__
*City, State, Zip*                                                    *E-Mail Address*

__(949) 417-0999__            __(949) 417-5394__            __146508__
*Telephone Number*                *Fax Number*                    *State Bar Number*

as attorney of record in place and stead of __T. Robert Finlay, Esq., Wright, Finlay & Zak LLP__
                                             *Present Attorney*

**is hereby**       ____ GRANTED       ____ DENIED


Dated _____        _____
                                    U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT=S WEBSITE AT WWW.CACD.USCOURTS.GOV.