Jeffrey Steven Gerardo, Esq. SBN 146508
Kutak Rock LLP
18201 Von Karman Avenue, Suite 1100
Irvine, CA 92612
(949) 417-0999
Email:  Jeffrey.gerardo@kutakrock.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

KEITH BOHR AND ELIZABETH PROPP

Plaintiff(s)

v.

WELLS FARGO HOME MORTGAGE, ET AL

Defendant(s).

CASE NUMBER:

SACV 11-00369 JST (MLGx)

## ORDER ON
## REQUEST FOR APPROVAL OF
## SUBSTITUTION OF ATTORNEY

The Court hereby orders that the request of:

WELLS FARGO HOME MORGTGAGE          Plaintiff     x Defendant     Other
*Name of Party*

to substitute          JEFFREY S. GERARDO, KUTAK ROCK LLP          who is

X   Retained Counsel     Counsel appointed by the Court (Criminal cases only)     Pro Se

18201 VON KARMAN AVENUE, SUITE 1100
*Street Address*

IRVINE, CA 92612                          jeffrey.gerardo@kutakrock.com
*City, State, Zip*                                                        *E-Mail Address*

(949) 417-0999                     (949) 417-5394                      146508
*Telephone Number*                  *Fax Number*                        *State Bar Number*

as attorney of record in place and stead of    T. Robert Finlay, Esq., Wright, Finlay & Zak LLP
*Present Attorney*

**is hereby**      __X__  **GRANTED**  _____  **DENIED**

Dated April 20, 2011                          **JOSEPHINE STATON TUCKER**

U. S. District Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-**76**) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.