1  Jeffrey S. Gerardo #146508
   Steven M. Dailey #163857
2  Kutak Rock LLP
   Suite 1100
3  18201 Von Karman Avenue
   Irvine, CA  92612-1077
4  Telephone:  (949) 417-0999
   Facsimile:   (949) 417-5394
5
   Attorneys for Defendant
6  WELLS FARGO HOME MORTAGE,
   A DIVISION OF WELLS FARGO
7  BANK, N.A. (erroneously sued and served as
   "WELLS FARGO HOME MORTGAGE,
8  An entity form unknown")

9              UNITED STATES DISTRICT COURT
10            CENTRAL DISTRICT OF CALIFORNIA
11

| 12 | KEITH BOHR and ELIZABETH PROPP, | Case No. SACV 11-00369-JST (MLGx) |
|---|---|---|
| 13 | Plaintiffs, | HON. JOSEPHINE STATION TUCKER |
| 14 | v. | |
| 15 | WELLS FARGO HOME MORTGAGE, an entity form unknown AND FIDELITY NATIONAL TITLE INS.CO., a business organization form unknown, and DOES 1-100, Inclusive, | **LOAN MODIFICATION READINESS CONFERENCE** |
| 16 | | |
| 17 | | Date:     May 2, 2011<br>Time:     1:30 p.m.<br>Ctrm:     10A |
| 18 | Defendants. | |
| 19 | | |
| 20 | | Complaint filed:  February 2, 2011 |

21   Defendant's counsel hereby verifies that the Loan Modification Readiness
22 Conference scheduled for May 2, 2011 at 1:30 p.m.:
23   [ ]   May be vacated.
24   **[ X ]   Remains necessary** because the following documents are outstanding:
25   1.   Financial Worksheet;
26   2.   Last two years of Federal Tax Returns;
27   3.   Two (2) most recent pay stubs or proof of income is self-employed;
28

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4823-3189-1977.1
14617-513

LOAN MODIFICATION READINESS
CONFERENCE

4. Two (2) most recent bank statements; and

5. Listing agreement is property is listed for sale.

Dated: April 27, 2011                    KUTAK ROCK LLP


By: /s/ Steven M. Dailey
    Jeffrey S. Gerardo
    Steven M. Dailey
    Attorneys for Defendant
    WELLS FARGO HOME
    MORTAGE, A DIVISION OF
    WELLS FARGO
    BANK, N.A.

Kutak Rock LLP
Attorneys At Law
Irvine

4823-3189-1977.1
14617-513

- 2 -

LOAN MODIFICATION READINESS
CONFERENCE