UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SACV 11-369-JST(MLGx) | Date | May 2, 2011 |
|---|---|---|---|
| Title | KEITH BOHR, et al. v. WELLS FARGO HOME MORTGAGE, etc., et al. | | |

| Present: The Honorable | JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE |
|---|---|

| Ellen Matheson | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Babak Hashemi | Starlet J. Japp |

**Proceedings:**    LOAN MODIFICATION READINESS CONFERENCE

Cause called.  Hearing held.  Court has received a report from defendant that indicates additional documents are required before the settlement conference can proceed.  Counsel are ordered to immediately meet and confer regarding the status of documents received to date, and advise the Court if any remain outstanding.

Court is advised that documents remain to be provided for a complete modification package. Therefore, a further loan modification readiness conference is scheduled before the Court for May 16, 2011, at 1:30 p.m.  Defense attorney shall timely provide the Court's Loan Modification Readiness Conference form prior to the scheduled hearing.

|  | 00 | : | 10 |
|---|---|---|---|
| Initials of Preparer | enm | | |