Name, Address and Telephone Number of Attorney(s):
Joseph R. Manning, Jr.  SBN 223381
Law Offices of Joseph R. Manning, Jr., APC
2010 Main Street, Suite 1080
Irvine, CA 92614
Telephone (949) 361-3232
Fax (866) 843-8308

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Keith Bohr and Elizabeth Propp | CASE NUMBER |
|---|---|
| **Plaintiff(s)** | SACV-11-00369 JST (MLGx) |
| v. | |
| Wells Fargo Home Mortgage, et al. | **SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE** |
| **Defendant(s).** | |

Pursuant to Local Rule 16-15, the parties recommend that the Court approve the following settlement procedure:

☐ **SETTLEMENT PROCEDURE NO. 1** - The parties shall appear before the ☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☑ **SETTLEMENT PROCEDURE NO. 2** - The parties shall appear before an attorney selected from the Attorney Settlement Officer Panel for all further settlement proceedings.

☐ **SETTLEMENT PROCEDURE NO. 3** - The parties shall appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings.

Dated: 5-9-11

Attorney for Plaintiff Keith Bohr and Elizabeth Propp

Dated: _____

Attorney for Plaintiff _____

Dated: _____

Attorney for Defendant _____

Dated: _____

Attorney for Defendant _____

Dated: _____

Attorney for Defendant _____

**NOTE: The (ADR-01 ORDER): ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE** must be submitted with this Request. If additional signatures are required, attach an additional page to this request.

ADR–01 (03/07)        SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE

Joseph R. Manning, Jr., SBN 223381
Law Offices of Joseph R. Manning, Jr., APC
2010 Main Street, Suite 1080
Irvine, CA 92614
949-361-3232; Fax: 866-843-8308

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BOHR and ELIZABETH PROPP | CASE NUMBER |
| Plaintiff(s) | SACV 11-00369 JST (MLGx) |
| v. | |
| WELLS FARGO HOME MORTGAGE, et al. | **ORDER RE: SETTLEMENT PROCEDURE** |
| Defendant(s). | **SELECTION: REQUEST AND NOTICE** |

The Court, having considered the parties Settlement Procedure Selection Request and Notice, hereby:

**ORDERS** the Request for:

☐ **SETTLEMENT PROCEDURE NO. 1**
☐ **SETTLEMENT PROCEDURE NO. 2.**
☐ **SETTLEMENT PROCEDURE NO. 3**

be:
☐ APPROVED.

☐ DENIED; **IT IS FURTHER ORDERED** that the settlement procedure shall be as follows:


For Settlement Procedure No. 2, counsel are responsible for contacting the settlement officer at the appropriate time to arrange for further proceedings.   Upon obtaining the settlement officer's consent to serve, counsel shall file Form ADR-02 (Stipulation Regarding Selection of Attorney Settlement Officer) with the court.   For Settlement Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or mediator at the appropriate time to arrange for further proceedings.


Dated:_____        _____
                                     United States District Judge/Magistrate Judge