```
 1  Jeffrey S. Gerardo #146508
    Steven M. Dailey #163857
 2  Kutak Rock LLP
    Suite 1100
 3  18201 Von Karman Avenue
    Irvine, CA 92612-1077
 4  Telephone:  (949) 417-0999
    Facsimile:   (949) 417-5394
 5
    Attorneys for Defendant
 6  WELLS FARGO HOME MORTGAGE,
    A DIVISION OF WELLS FARGO
 7  BANK, N.A. (erroneously sued and served as
    "WELLS FARGO HOME MORTGAGE,
 8  An entity form unknown")
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| KEITH BOHR and ELIZABETH PROPP, | Case No. SACV 11-00369-JST (MLGx) |
|---|---|
| Plaintiffs, | HON. JOSEPHINE STATON TUCKER |
| v. | |
| WELLS FARGO HOME MORTGAGE, an entity form unknown AND FIDELITY NATIONAL TITLE INS.CO., a business organization form unknown, and DOES 1-100, Inclusive, | **LOAN MODIFICATION READINESS CONFERENCE** |
| | Date:  May 16, 2011<br>Time:  1:30 p.m.<br>Ctrm:  10A |
| Defendants. | |
| | Complaint filed: February 2, 2011 |

Defendant's counsel hereby verifies that the Loan Modification Readiness Conference scheduled for May 16, 2011 at 1:30 p.m.:

[ ]   May be vacated.

[ X ]   **Remains necessary** because the following documents are outstanding:

1.   Federal Tax Return for 2010;

2.   Current lease agreement for rental property;

3.   Proof of receipt of rent for two consecutive and most recent months;

Kutak Rock LLP
Attorneys At Law
Irvine

4852-4504-0649.1
14617-513

LOAN MODIFICATION READINESS CONFERENCE

1      4.     Financial Worksheet including a completed Monthly Income Data
2 section;

3     5.     Profit and Loss Statement for TEAM Real Estate;

4     6.     Profit and Loss Statement for Propp Productions; and

5     7.     Proof of Plaintiffs' income for 2011.

Dated:    May 10, 2011           KUTAK ROCK LLP

By: /s/ Steven M. Dailey
Jeffrey S. Gerardo
Steven M. Dailey
Attorneys for Defendant
WELLS FARGO HOME
MORTAGE, A DIVISION OF
WELLS FARGO
BANK, N.A.

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4852-4504-0649.1
14617-513

- 2 -

LOAN MODIFICATION READINESS
CONFERENCE