UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-369-JST(MLGx) | Date | May 16, 2011 |
|---|---|---|---|
| Title | KEITH BOHR, et al. v. WELLS FARGO HOME MORTGAGE, etc., et al. | | |

| Present: The Honorable | JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE |
|---|---|

| Ellen Matheson | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Babak Hashemi | Starlet J. Japp |

**Proceedings:**   **FURTHER LOAN MODIFICATION READINESS CONFERENCE**

Cause called. Plaintiff is present. Hearing held. Court reviews outstanding list of documents with counsel. Counsel are ordered to meet and confer regarding the missing items and return to the Courtroom with a status on providing that material in a timely fashion so that the settlement conference may proceed.

Matter is recalled. Counsel are present. Plaintiff will provide additional documents to defendant forthwith. Court sets a further loan modification readiness conference for May 23, 2011, at 1;30 p.m. No later than May 19, 2011, at 5:00 p.m., defendant will advise whether or not compliance has been met, and whether this matter may be removed from the Court's calendar.

|  | 00 | : | 15 |
|---|---|---|---|
| | Initials of Preparer | enm | |