Jeffrey S. Gerardo #146508
Steven M. Dailey #163857
Kutak Rock LLP
Suite 1100
18201 Von Karman Avenue
Irvine, CA 92612-1077
Telephone: (949) 417-0999
Facsimile: (949) 417-5394

Attorneys for Defendant
WELLS FARGO HOME MORTGAGE,
A DIVISION OF WELLS FARGO
BANK, N.A. (erroneously sued and served as
"WELLS FARGO HOME MORTGAGE,
An entity form unknown")

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

KEITH BOHR and ELIZABETH PROPP,

    Plaintiffs,

v.

WELLS FARGO HOME MORTGAGE, an entity form unknown AND FIDELITY NATIONAL TITLE INS.CO., a business organization form unknown, and DOES 1-100, Inclusive,

    Defendants.

Case No. SACV 11-00369-JST (MLGx)

HON. JOSEPHINE STATON TUCKER

**LOAN MODIFICATION READINESS CONFERENCE**

Date:  May 23, 2011
Time:  1:30 p.m.
Ctrm:  10A

Complaint filed: February 2, 2011

  Defendant's counsel hereby verifies that the Loan Modification Readiness Conference scheduled for May 23, 2011 at 1:30 p.m.:

///

///

///

///

///

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4822-7246-2089.1
14617-513

LOAN MODIFICATION READINESS
CONFERENCE

1    [ X ]  May be vacated.

2    [   ]   Remains necessary because the following documents are outstanding:

3

4

5   Dated:    May 19, 2011                    KUTAK ROCK LLP

6

7                                              By: /s/ Steven M. Dailey
                                                   Jeffrey S. Gerardo
8                                                  Steven M. Dailey
                                                   Attorneys for Defendant
9                                                  WELLS FARGO HOME
                                                   MORTGAGE, A DIVISION OF
10                                                 WELLS FARGO
                                                   BANK, N.A.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4822-7246-2089.1
14617-513                        - ii -                LOAN MODIFICATION READINESS
                                                       CONFERENCE