UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 11-369-JST (MLGx)                                          Date:  May 19, 2011
Title:  KEITH BOHR, et al. v. WELLS FARGO HOME MORTGAGE, etc., et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

|   Nancy Boehme   |        N/A      |
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                                         Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER VACATING LOAN MODIFICATION READINESS CONFERENCE**

   Defendant Wells Fargo Home Mortgage filed notice that the Loan Modification Readiness Conference scheduled for May 23, 2011 may be vacated.  (Doc. 18.)  Accordingly, the Court VACATES the Loan Modification Readiness Conference.

                                                                                   Initials of Preparer:  nkb