# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-369-JST(MLGx) | Date | August 12, 2011 |
|---|---|---|---|
| Title | KEITH BOHR, et al. v. WELLS FARGO HOME MORTGAGE, etc., et al. | | |

| Present: The Honorable | JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE |
|---|---|

| Ellen Matheson | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)   ORDER TO FILE JOINT STATUS REPORT

   On March 29, 2011, the parties were ordered to participate in a loan modification settlement conference no later than 60 days after the readiness conference, which was scheduled on May 23, 2011.  The parties are ORDERED to file a Joint Status Report no later than August 22, 2011, notifying the Court of the results of the settlement conference.

                                                                                                                       : 

                                                            Initials of Preparer   enm