Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**THE LAW OFFICES OF JOSEPH R. MANNING, JR.**
**A PROFESSIONAL CORPORATION**
2010 Main St., Suite 1080
Irvine, CA 92614
(949) 361-3232
(866) 843-8308
Email: Joe@ManningLawOffice.com

**KUTAK ROCK**
Jeffrey S. Gerardo
Star J. Japp
18201 Von Karman Avenue, Suite 1100
Irvine, CA 92612
(949)417-0999
(949)417-5394
Email: jeff.gerardo@kutakrock.com

Attorneys for PLAINTIFFS KEITH BOHR and ELIZABETH PROPP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BOHR and ELIZABETH PROPP,<br><br>            Plaintiffs,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, an entity form unknown, and FIDELITY NATIONAL TITLE INS. CO., a business organization form unknown, and Does 1 to 100, inclusive,<br><br>            Defendants. | CASE NO. SACV 11-00369 JST (MLGx)<br><br>**JOINT ADR REPORT**<br><br>The Hon. Josephine Staton Tucker |

Plaintiffs KEITH BOHR and ELIZABETH PROPP ("Plaintiffs"), and

1
JOINT ADR REPORT

Defendant WELLS FARGO HOME MORTAGE, A DIVISION OF WELLS FARGO BANK, N.A. ("Wells Fargo"), hereby submit this Joint Loan Modification Settlement Conference Report (the "Report") pursuant this honorable Court's Order.

1. On March 29, 2011, the parties were ordered to participate in a Loan Modification Settlement Conference no later than 60 days after the Readiness Conference.

2. On April 14, 2011, John Garman was assigned to serve as the Attorney Settlement Officer.

3. Readiness Conferences were conducted on May 2, 2011, and May 16, 2011. The Readiness Conference scheduled for May 23, 2011, was vacated on May 19, 2011.

4. On or about July 5, 2011, with agreement from Plaintiffs, Defendant Wells Fargo and the Attorney Settlement Officer, the LMSC was continued from July 14, 2011 to August 29, 2011.

5. Pursuant to Defendant Wells Fargo's request on or about July 6, 2011, Plaintiffs submitted supplemental financial documentation on or about August 5, 2011.

6. On August 12, 2011, this Honorable Court requested a Joint Status Report regarding the results of the LMSC.

7. Accordingly, the parties hereby submit this Report.

8. The parties agree to submit a Joint Post LMSC Report on or before September 8, 2011.

Respectfully Submitted.

Dated:  August 22, 2011        **LAW OFFICES OF JOSEPH R. MANNING, JR., ESQ., APC**

By: */s/ Joseph R. Manning, Jr.*
      Joseph R. Manning, Jr.
Attorneys for Plaintiff
KEITH BOHR and ELIZABETH PROPP

Dated:  August 22, 2011        **KUTAK ROCK, LLP**

By: */s/ Steven M. Dailey*
      Steven M. Dailey
Attorneys for Defendants
WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A.