_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 11-369-JST (MLGx)                                                   Date:  September 21, 2011
Title:  KEITH BOHR, et al. v. WELLS FARGO HOME MORTGAGE, et al.

Present: The Honorable JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**        **(In Chambers) ORDER TO FILE JOINT STATUS REPORT**

Pursuant to the report of the Attorney Settlement Officer (Doc. 22), a settlement conference was held on August 29, 2011 and with consent of all parties and counsel a second session is to take place within thirty days.

The parties are ordered to file a Joint Status Report no later than **October 17, 2011**, at which time the Court will consider continuing the stay or lifting the stay and requiring the parties to proceed with litigation.

Initials of Preparer:  enm

_____