# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KEITH BOHR and ELIZABETH PROPP | CASE NUMBER |
|---|---|
| Plaintiff(s)<br>v.<br>WELLS FARGO HOME MORTGAGE, an entity form unknown, ET AL.<br>Defendant(s). | SACV 11-00369-JST (MLGx)<br><br>**ATTORNEY SETTLEMENT OFFICER PROCEEDING REPORT** |

☐ A settlement proceeding was held on ___September 29, 2011___ and the results of that proceeding are indicated below:

1. The following individuals, parties, corporate representatives, and/or representatives of the party's insurer attended and participated in the proceeding, and each possessed the requisite settlement authority:

   ☑ All individual parties and their respective trial counsel.

   ☐ Designated corporate representatives.

   ☐ Representatives of the party's insurer.

2. The following individuals, parties, corporate representatives, and/or representatives of the party's insurer failed to appear and/or participate as ordered:

☐ A settlement proceeding did not take place because the case settled before the proceeding occurred.

---

ADR-03 (07/08)              ATTORNEY SETTLEMENT OFFICER PROCEEDING REPORT

3.  The outcome of the proceeding was:

☑ **The case has been completely settled.** Immediately after the conclusion of the settlement proceeding, the attorney settlement officer advised the parties to notify the trial judge's deputy courtroom clerk of the fact of settlement and to promptly file documents regarding the final disposition of the case.

☐ **The case has been partially resolved** and the attorney settlement officer has advised the parties to file a joint stipulation regarding those claims which have been resolved. The following issues remain for this Court to resolve:

☐ **The proceeding was continued** with the consent of all parties and counsel. The rescheduled proceeding will be held on a date certain not later than the time requirements set forth in Local Rule 16-15.2. Any continuance beyond that time must be approved by the trial judge. Attorney Settlement Officer Proceeding Reports will be filed after additional proceedings are complete.

☐ **The parties are unable to reach an agreement at this time.**

Dated: October 3, 2011

_Signature of Attorney Settlement Officer_

John W. Garman
Name of Attorney Settlement Officer

GarmanLaw, 4112 Ocean Drive
Mailing Address

Manhattan Beach, CA 90266
City, State and Zip Code

310 796 7958
Telephone Number

The Attorney Settlement Officer to electronically file original document: