Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**THE LAW OFFICES OF JOSEPH R. MANNING, JR.**
**A PROFESSIONAL CORPORATION**
2010 Main St., Suite 1080
Irvine, CA 92614
**(949) 361-3232**
**(866) 843-8308**
**Email: Joe@ManningLawOffice.com**
Attorneys for PLAINTIFFS KEITH BOHR and ELIZABETH PROPP

Jeffrey S. Gerardo #146508
Steven M. Dailey #163857
Starlet J. Japp #243097
**Kutak Rock LLP**
Suite 1100
18201 Von Karman Avenue
Irvine, CA  92612-1077
Telephone:  (949) 417-0999
Facsimile:   (949) 417-5394
Email:  Jeffrey.Gerardo@kutakrock.com
Email:  Steven.Dailey@kutakrock.com
Email:  Starlet.Japp@kutakrock.com
Attorneys for Defendant WELLS FARGO HOME MORTAGE, A DIVISION OF WELLS FARGO BANK, N.A. (erroneously sued and served as "WELLS FARGO HOME MORTGAGE, An entity form unknown")

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BOHR and ELIZABETH PROPP, <br><br> Plaintiffs, <br><br> vs. <br><br> WELLS FARGO HOME MORTGAGE, an entity form unknown, and FIDELITY NATIONAL TITLE INS. CO., a business organization form unknown, and Does 1 to 100, inclusive, <br><br> Defendants. | CASE NO. SACV 11-00369 JST (MLGx) <br><br> Hon. Josephine Staton Tucker <br><br> **SUPPLEMENTAL JOINT LOAN MODIFICATION SETTLEMENT CONFERENCE STATUS REPORT** |

1

SUPPLEMENTAL JOINT LOAN MODIFICATION SETTLEMENT CONFERENCE STATUS REPORT
4847-6353-0507.1
14617-513

Plaintiffs KEITH BOHR and ELIZABETH PROPP ("Plaintiffs"), and Defendant WELLS FARGO HOME MORTAGE, A DIVISION OF WELLS FARGO BANK, N.A. ("Wells Fargo"), hereby submit this Supplemental Joint Loan Modification Settlement Conference Report (the "Supplemental Report") pursuant this honorable Court's Order on September 21, 2011.

1. On March 29, 2011, the parties were ordered to participate in a Loan Modification Settlement Conference no later than 60 days after the Readiness Conference.

2. On April 14, 2011, John Garman was assigned to serve as the Attorney Settlement Officer.

3. Readiness Conferences were conducted on May 2, 2011, and May 16, 2011. The Readiness Conference scheduled for May 23, 2011, was vacated on May 19, 2011.

4. On or about July 5, 2011, with agreement from Plaintiffs, Defendant Wells Fargo and the Attorney Settlement Officer, the LMSC was continued from July 14, 2011 to August 29, 2011.

5. On August 12, 2011, this Honorable Court requested a Joint Status Report regarding the results of the LMSC.

6. Accordingly, the parties submitted the Joint Loan Modification

Settlement Conference Report. Therein, the parties advised the Court that the LMSC was scheduled to occur on August 29, 2011.

7.  The parties participated in an initial LMSC on August 29, 2011. Thereafter, the parties participated in a subsequent LMSC on September 29, 2011.

8.  At the LMSC on September 29, 2011, the parties were able to resolve this matter. The parties are in the process of preparing and exchanging settlement documents.

9.  The parties anticipate that on or about November 15, 2011, they will be able to file a Joint Settlement Stipulation and therein request that the action be dismissed in its entirety with prejudice.

Respectfully Submitted.

Dated: 10/5/2011

**LAW OFFICES OF JOSEPH R. MANNING, JR., ESQ., APC**

By: */s/ Joseph R. Manning, Jr.*
Joseph R. Manning, Jr.
Attorneys for Plaintiffs
KEITH BOHR and ELIZABETH PROPP

Dated: 10/5/2011

**KUTAK ROCK, LLP**

By: */s/ Starlet J. Japp*
Starlet J. Japp
Attorneys for Defendants
WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4
SUPPLEMENTAL JOINT LOAN MODIFICATION SETTLEMENT CONFERENCE STATUS REPORT
4847-6353-0507.1
14617-513