Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**THE LAW OFFICES OF JOSEPH R. MANNING, JR.**
**A PROFESSIONAL CORPORATION**
2010 Main St., Suite 1080
Irvine, CA 92614
(949) 361-3232
(866) 843-8308
Email: Joe@ManningLawOffice.com

Attorneys for PLAINTIFFS KEITH BOHR and ELIZABETH PROPP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BOHR and ELIZABETH PROPP,<br><br>   Plaintiffs,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, an entity form unknown, and FIDELITY NATIONAL TITLE INS. CO., a business organization form unknown, and Does 1 to 100, inclusive,<br><br>   Defendants. | CASE NO. SACV 11-00369 JST (MLGx)<br><br>NOTICE OF SETTLEMENT OF ENTIRE CASE |

**TO THE COURT, ALL PARTIES, AND ANY ARBITRATOR OR OTHER COURT-CONNECTED ADR NEUTRAL INVOLVED IN THIS CASE:**

This entire case has been settled. The settlement agreement conditions dismissal of this matter on the satisfactory completion of specified terms that are

to be performed within 45 days of the date of the settlement. A request for dismissal will be filed no later than November 15, 2011.

DATED: October 6, 2011          **Law Offices of Joseph R. Manning, Jr.**
                                **A PROFESSIONAL CORPORATION**


                                By:___/S/_____
                                JOSEPH R. MANNING JR.
                                Attorney for Plaintiffs

# PROOF OF SERVICE - CCP.1013A
## STATE OF CALIFORNIA, COUNTY OF ORANGE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the cause. My business address is 2010 Main St., Suite 1080, Irvine, CA 92614.

On October 6, 2011, I served the true copies of the foregoing document described as **NOTICE OF SETTLEMENT OF ENTIRE CASE** on the interested parties in this action, addressed as follows:

**WRIGHT, FINLAY &ZAK, LLP**
**T. ROBERT FINLAY, ESQ.**
**ROBERT B. NORUM, ESQ.**
**4665 MACARTHUR COURT, SUITE 280**
**NEWPORT BEACH, CA 92660**

**DOUGLAS W. STERN, ESQ.**
**SOUTHWEST REGIONAL LITIGATION MANAGER**
**FIDELITY NATIONAL LAW GROUP**
**A DIVISION OF FIDELITY NATIONAL TITLE GROUP, INC.**
**17911 VON KARMAN AVE., SUITE 300**
**IRVINE, CA 92614**

[X] BY United States Postal Service:  The documents were mailed as set forth above by U.S. Mail and placed in sealed, addressed envelopes on the above date and deposited into a U.S. Postal Service Mail box on the date set forth above, with postage thereon fully prepaid at Newport Beach, California prior to the time for collection on that day.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this affidavit was executed on October 6, 2011.

_____/S/_____
TINA MEHRAZAR

LAW OFFICES OF JOSEPH R. MANNING, JR., ESQ. APC
2010 MAIN ST., STE. 1080
IRVINE, CALIFORNIA 92614